No. 80–2092. SCM Corp. *v.* Xerox Corp., 455 U. S. 1016;

No. 81–363. Karr *v.* Karr, 455 U. S. 1016;

No. 81–417. Wainwright, Corrections Secretary *v.* Perez, *ante*, p. 910;

No. 81–547. Diaz et al. *v.* Beyer et ux., *ante*, p. 904;

No. 81–1000. California State Board of Equalization *v.* United States, *ante*, p. 901;

No. 81–1343. Rosenbaum *v.* Rosenbaum, 455 U. S. 1018;

No. 81–1419. Madison *v.* Barry, Mayor of the District of Columbia, et al., 455 U. S. 1020;

No. 81–1471. Immer *v.* Puerto Rico Maritime Shipping Authority et al., *ante*, p. 906;

No. 81–1542. Mazaleski *v.* Schweiker, Secretary of Health and Human Services, et al., 455 U. S. 1022;

No. 81–5897. Wilson *v.* United States, *ante*, p. 917;

No. 81–6132. Hamilton *v.* Mays et al., 455 U. S. 1025; and

No. 81–6395. Goldblatt *v.* Vogel et al., *ante*, p. 934. Petitions for rehearing denied.

## May 24, 1982

No. 81–1814. Lake Carriers' Assn. et al. *v.* Kelley, Attorney General of Michigan, et al. Affirmed on appeal from D. C. E. D. Mich.

No. 81–1785. Hunter *v.* New York State Department of Civil Service. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.